tion and found that reasonable efforts to reunite the child with respondent are not required.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Sasha M.* (43 AD3d 1401 [2007]). Present—Scudder, P.J., Gorski, Centra, Lunn and Peradotto, JJ.

■■■ In the Matter of SEAN O., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN AND HEALTH SERVICES, Respondent; TRACY O., Appellant. (Appeal No. 3.) [841 NYS2d 917]—Appeal from an order of the Family Court, Monroe County (John J. Rivoli, J.), entered October 17, 2005 in a proceeding pursuant to Family Court Act article 10. The order extended placement of the child until May 26, 2006.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Matter of Sasha M.* (43 AD3d 1401 [2007]). Present—Scudder, P.J., Gorski, Centra, Lunn and Peradotto, JJ.

■■■ In the Matter of TYRESE O., Now Known as EMMANUEL T.O., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN AND HEALTH SERVICES, Respondent; TRACY O., Appellant. (Appeal No. 4.) [841 NYS2d 816]—Appeal from an order of the Family Court, Monroe County (John J. Rivoli, J.), entered October 17, 2005 in a proceeding pursuant to Family Court Act article 10. The order extended placement of the child until May 26, 2006.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Matter of Sasha M.* (43 AD3d 1401 [2007]). Present—Scudder, P.J., Gorski, Centra, Lunn and Peradotto, JJ.

■■■ In the Matter of BESARTA I. and Others, Infants. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Appellant; QAMIL I. et al., Respondents. [842 NYS2d 352]—Appeal from an order of the Family Court, Monroe County (Dennis S. Cohen, J.), entered September 29, 2006 pursuant to Social Services Law § 384-b. The order dismissed the petition.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Gorski, Centra, Lunn and Peradotto, JJ.

■■■ In the Matter of UNITED CHURCH RESIDENCES OF FREDONIA, NEW YORK, INC., Doing Business as CONCORD ESTATES,